UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUND PARTNERS OFFSHORE FUND, LP, HOUND PARTNERS LONG MASTER, LP, and HOUND PARTNERS CONCENTRATED MASTER, LP,<br><br>         Plaintiffs,<br><br>     v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, TANYA CARRO, ROBERT A. INGRAM, RONALD H. FARMER, COLLEEN GOGGINS, THEO MELAS-KYRIAZI, ANDERS LONNER, ROBERT N. POWER, NORMAL PROVENCIO, KATHERINE B. STEVENSON, PRICEWATERHOUSECOOPERS LLP, DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., MUFG SECURITIES AMERICAS INC. f/k/a UFJ SECURITIES (USA) INC., DNB MARKETS INC., BARCLAYS CAPITAL, INC., MORGAN STANLEY & CO. LLC, RBC CAPITAL MARKETS, LLC, and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>         Defendants. | Civil Case No. 1:18-cv-76<br><br>**Rule 7.1 Statement** |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Hound Partners Offshore Fund, LP, Hound Partners Long Master, LP, and Hound Partners Concentrated Master, LP (together "Plaintiffs") hereby certifies as follows.

Hound Partners Offshore Fund, LP, a Cayman limited partnership, has no parent corporations, and no publicly held corporation owns 10% or more of Hound Partners Offshore Fund, LP's stock.  The general partner of Hound Partners Offshore Fund LP, Hound Performance, LLC, a Delaware LLC, has no parent corporation and no publicly held corporation owns 10% or more of Hound Performance, LLC's stock.

Hound Partners Long Master, LP, a Cayman limited partnership, has no parent corporations, and no publicly held corporation owns 10% or more of Hound Partners Long Master, LP's stock.  The general partner of Hound Partners Long Master, LP, Hound Performance, LLC, a Delaware LLC, has no parent corporation and no publicly held corporation owns 10% or more of Hound Performance, LLC's stock.

Hound Partners Concentrated Master, LP, a Cayman limited partnership, has no parent corporations, and no publicly held corporation owns 10% or more of Hound Partners Concentrated Master, LP's stock.  The general partner of Hound Partners Concentrated Master, LP, Hound Performance, LLC, a Delaware LLC, has no parent corporation and no publicly held corporation owns 10% or more of Hound Performance, LLC's stock.

DATED:    New York, New York
          January 4, 2018

                              QUINN EMANUEL URQUHART
                              & SULLIVAN, LLP


                              */s/ Chad Johnson*
                              Chad Johnson
                              Jennifer Barrett
                              Steig D. Olson
                              Rollo Baker
                              Jesse Bernstein
                              51 Madison Avenue
                              New York, NY 10010

Tel:  212-849-7000  
Fax:  212-849-7100  
chadjohnson@quinnemanuel.com  
jenniferbarrett@quinnemanuel.com  
steigolson@quinnemanuel.com  
rollobaker@quinnemanuel.com  
jessebernstein@quinnemanuel.com  

*Attorneys for Plaintiffs*  
*Hound Partners Offshore Fund, LP, Hound*  
*Partners Long Master, LP, and Hound Partners*  
*Concentrated Master, LP*
